FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>     v.<br><br>REAL PROPERTY KNOWN AS 906 METHOW STREET, WENATCHEE, WASHINGTON, Together With All Appurtenances, Fixtures, Attachments, and Improvements Thereto and Thereupon,<br><br>                            Defendant. | No. 2:24-CV-00086-MKD<br><br>ORDER GRANTING UNITED STATES' *EX PARTE* MOTION TO UNSEAL<br><br>**ECF No. 14** |
|---|---|

Before the Court is the United States' *Ex Parte* Motion to Unseal, ECF No. 14. The above-captioned case was filed under seal on March 19, 2024, ECF No. 1. The United States now moves to the unseal the case. The Court has reviewed the motion and the record and is fully informed. The Court finds good cause to grant the request.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' *Ex Parte* Motion to Unseal, **ECF No. 14**, is **GRANTED**.

2. This case and all filings under this case are no longer under seal.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide a copy to the United States, and **UNSEAL** the case.

DATED July 15, 2025.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2