Todd Blanche
Attorney General of the United States
Jacob E. Brooks
Henry A. Rymer
Assistant United States Attorneys
Eastern District of Washington
P.O. Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

REAL PROPERTY KNOWN AS 906 METHOW STREET, WENATCHEE, WASHINGTON, TOGETHER WITH ALL APURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,

Defendant.

No. 2:24-CV-0086-MKD

**JOINT STATUS REPORT**

Plaintiff, United States of America, by and through Henry A. Rymer, Assistant United States Attorney, and Claimant, Maria Guadalupe Verduzco ("Claimant"), *pro se*, hereby submits the following status report pursuant to the Court's order dated August 6, 2026. ECF No. 51.

Claimant has filed three declarations with the Court outlining her efforts to obtain legal counsel in this matter. *See* ECF Nos. 52-54. At the time of this joint status report,

Claimant was unable to secure new representation. Claimant will inform the Court within 30 days of this filing as to the status of finding a new attorney.

DATED: September 21, 2026

Todd Blanche
Attorney General

*s/ Henry A. Rymer*
Henry A. Rymer
Assistant United States Attorney

*s/ Approved via email September 18, 2026*
Maria Guadalupe Verduzco
Claimant

CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing CM/ECF participants. Notification was sent via email to the following:

Maria Guadalupe Verduzco
mendozam.edith@gmail.com

*s/ Henry A. Rymer*
Henry A. Rymer
Assistant United States Attorney